# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 4:12-CR-228** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **THOMAS EDWARD SMITH** : | |

## **ORDER**

AND NOW, this 23rd day of July, 2013, upon consideration of the defendant's motion (Doc. 67) for disclosure of <u>Brady</u> and <u>Giglio</u> material on or before July 22, 2013, the government's motion (Doc. 70) *in limine* to restrict references to a state criminal proceeding, the defendant's motion (Doc. 73) *in limine* to exclude evidence of prior convictions, and the defendant's motion (Doc. 77) *in limine* to exclude evidence of the Ruger gun case, and, after a telephone conference with the parties, it appearing that the government does not contest the defendant's motion (Doc. 73) *in limine* to exclude evidence of prior convictions, and that the motion (Doc. 70) *in limine* to restrict references to a state criminal proceeding is rendered moot based on a discussion with the parties, it is hereby ORDERED that:

1. The defendant's motion (Doc. 67) for disclosure of <u>Brady</u> and <u>Giglio</u> material is GRANTED in part and DENIED in part. The government shall provide the defendant with the relevant material on July 31, 2013.

2. The government's motion (Doc. 70) *in limine* to restrict references to a state criminal proceeding is DENIED as moot.

3. The defendant's motion (Doc. 73) in *limine* to exclude evidence of prior convictions is GRANTED.

4. If necessary, defendant shall file a reply brief regarding his motion (Doc. 77) *in limine* to exclude evidence of the Ruger gun case on or before Friday, July 26, 2013.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge