# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 4:12-CR-228** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **THOMAS EDWARD SMITH,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 24th day of April, 2018, upon consideration of the motion (Doc. 127) of defendant Thomas Edward Smith ("Smith") to correct sentence under 28 U.S.C. § 2255 in light of the Supreme Court's decision in Johnson v. United States, 576 U.S. ___, 135 S. Ct. 2551 (2015), which motion was stayed by the court at appointed counsel's request by order (Doc. 137) of March 6, 2018, pending the Supreme Court's decision in Sessions v. Dimaya, No. 15-1498, and further upon consideration of appointed counsel's notice (Doc. 138) of the Supreme Court's decision in Sessions v. Dimaya, ___ S. C.t. ___, 2018 WL 1800371 (2018), in which counsel requests that the court lift the stay and reestablish a briefing schedule *sub judice*, and the court determining that it is appropriate to lift the stay and proceed with Alexander's pending motion, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 137) of March 6, 2018 is LIFTED.

2. Smith shall file a supplemental brief in support of his motion (Doc. 127) on or before **Wednesday, May 9, 2018**.

3. The government shall file a response to Smith's supplemental brief on or before **Wednesday, May 23, 2018**.

4. Smith may file a reply in further support of his motion (Doc. 127) on or before **Wednesday, May 30, 2018**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania