# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 4:12-CR-228** |
| v. | (Chief Judge Conner) |
| **THOMAS EDWARD SMITH (1),** | |
| **Defendant** | |

## ORDER

AND NOW, this 7th day of May, 2019, upon consideration of the motion (Doc. 127) by defendant Thomas Edward Smith ("Smith") to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that:

1. Smith's motion (Doc. 127) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 4:16-CV-915.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania